# Exhibit E

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3     ------------------------------x

 4     SALLY TARQUINIO,                :

 5          Plaintiff,                 :

 6      vs.                            :    Case No.

 7     JOHN'S HOPKINS UNIVERSITY       :    1:23-CV-00727

 8     APPLIED PHYSICS LAB,            :

 9          Defendant.                 :

10     ------------------------------x

11

12

13          Deposition of SHAWN SHYRLENA MCGRUDER

14                 Greenbelt, Maryland

15               Friday, October 27, 2023

16                    10:21 a.m.

17

18

19

20     Job No.:  510889

21     Pages:  1 - 42

22     Recorded By:  Natnael Assefa
```

Transcript of Shawn Shyrlena McGruder
Conducted on October 27, 2023                    19

1    particular type of request, are you talking about a

2    request for exemption to the COVID vaccination

3    requirement?

4         A    Correct.

5         Q    Okay.  And when you say whether the staff

6    member can socially distance, what do you mean by

7    that?

8         A    Throughout the pandemic, staff, you know,

9    were particularly -- unvaccinated staff, you know,

10   needed to maintain six feet, social distance

11   perimeter; right?  You know, with -- at all times.

12   And -- and --

13        Q    So if I -- if I bring up the word COVID

14   protocols, would that include -- in your

15   understanding, would that include social distancing,

16   wearing a mask, for example, maybe self-reporting,

17   sort of all those things that we generally

18   understood during the COVID pandemic?

19        A    Those sound like good examples to me.

20        Q    Precautions?

21        A    Yes.

22        Q    Correct?  And so when you were evaluating

1    Ms. Tarquinio's request for exemption, was she

2    considered to be a danger to other employees?

3              MR. ROSS:  Object to the form.  You can

4    answer.

5              THE WITNESS:  When I evaluate -- I guess

6    your short answer is yes.

7    BY MR. SCHIFANELLI:

8        Q    Okay.  Yeah.  It -- it's kind of hard --

9    we'll -- we'll get -- we'll clarify it out.  And so

10   when you say whether the staff member could safely

11   perform the essential job functions, in -- in

12   regards to this type of request for the COVID-19

13   vaccine exemption, what factors did you personally

14   consider, if any -- let me back up.

15             Did you make a determination at any

16   point whether or not Ms. Tarquinio could safely

17   perform her job functions if she were not vaccinated?

18       A    To some extent, yes.

19       Q    To what extent?

20       A    Well, to the extent that she was not

21   vaccinated and had not established a medical need to

22   remain unvaccinated.

1        Q    Okay.  So what was your understanding for

2   the reason, or did you have a -- an opinion or an

3   understanding regarding why the vaccination policy

4   was in effect in the first place?

5        A    Yes.

6        Q    What was that?

7        A    Initially, you know, it was for the

8   safety of staff.  It was for the safety of staff.

9   We also, at the beginning, when it was implemented,

10  had -- had an executive order.  And we're a federal

11  contractor that was required to comply with the

12  executive order.

13       Q    Right.  With the exception of lawful

14  request for accommodation under the AAA or Title VII

15  or something like that; correct?

16       A    Correct.

17       Q    Okay.  And just bear with me a second,

18  because I do want to clarify this.

19            So was it your understanding that

20  APL personnel who were not vaccinated posed a

21  particular threat to other employees by virtue of

22  not being vaccinated?