# Exhibit F

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MARYLAND

3    -----------------------------------x

4    SALLY W. TARQUINIO,                    :

5         -v-    Plaintiff,                 : Civil Action No.:

6    JOHNS HOPKINS UNIVERSITY               : 1:23-CV-00727-RDB

7    APPLIED PHYSICS LABORATORY,            :

8                   Defendant.              :

9    -----------------------------------x

10

11              Remote Videotaped Deposition of

12                   MARK SIVIERI, M.D.

13                Thursday, November 9, 2023

14                    12:13 P.M. EST

15

16

17

18

19

20   Job No.: 510184

21   Pages: 1 - 45

22   Reported by: Fazier Walle, Stenographic Reporter

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                          4

```
 1                    C O N T E N T S

 2    EXAMINATION OF MARK SIVIERI, M.D.          PAGE

 3         By Mr. Ross                             7

 4

 5                    E X H I B I T S

 6    SIVIERI, M.D.  DEPOSITION EXHIBIT          PAGE

 7    Ex. 1    Office Note, Ms. Dudley, 11/15/21    20

 8    Ex. 2    Report, LabCorp, 11/5/21            27

 9    Ex. 3    Emails, "Additional Information,"

10             12/3-12/5/21                        32

11    Ex. 4    Notice of Deposition by Written

12             Questions, 8/30/23                  35

13

14

15

16

17

18

19

20

21

22
```

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                    17

| | | |
|---|---|---|
| 1 | A.   The appropriate answer to that question is | 12:24:05 |
| 2 | of -- you know, I work with my PA, I supervise my | 12:24:07 |
| 3 | PA, my PA kind of hallway conversed with me about | 12:24:11 |
| 4 | the case, and then obviously I've read the case | 12:24:17 |
| 5 | notes four or five times due to multiple legal | 12:24:20 |
| 6 | situations and multiple, multiple subpoenas that | 12:24:23 |
| 7 | have been to my office.  So obviously I got back | 12:24:29 |
| 8 | online and refresh my memory about what happened | 12:24:33 |
| 9 | when she came back to us recently.  So that's the | 12:24:36 |
| 10 | extent of that. | 12:24:38 |
| 11 | Q.   So having reviewed those notes and read | 12:24:39 |
| 12 | the case documents, what do you understand her | 12:24:41 |
| 13 | condition to be that's central to this case? | 12:24:43 |
| 14 | A.   That's a good question.  The answer is I | 12:24:45 |
| 15 | have no idea.  And there's nothing in the laboratory | 12:24:50 |
| 16 | testing that was done by my office that would give | 12:24:54 |
| 17 | her any diagnosis.  So the answer is no, I do not | 12:24:57 |
| 18 | have any specific condition that she has at the | 12:25:00 |
| 19 | current time. | 12:25:04 |
| 20 | Q.   Okay.  Great. | 12:25:04 |
| 21 | Are you -- well, strike that.  Let me back | 12:25:10 |
| 22 | up. | 12:25:13 |

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                                      23

| | | |
|---|---|---|
| 1 | A.   I do. | 12:30:49 |
| 2 | Q.   Okay.  It says "She submitted her old | 12:30:49 |
| 3 | medical records to her employer in order to get an | 12:30:52 |
| 4 | exemption from the COVID vaccine.  She works at | 12:30:54 |
| 5 | [APL] as an engineer.  They are requiring a letter | 12:30:57 |
| 6 | from a doctor attesting to the fact that her medical | 12:31:00 |
| 7 | issues are reason to exempt her from the | 12:31:04 |
| 8 | vaccination.  Her reasoning is that any immune | 12:31:07 |
| 9 | system challenge (such as from a vaccine) will flare | 12:31:07 |
| 10 | up her chronic lyme."  Do you see that? | 12:31:07 |
| 11 | A.   Yep, I do. | 12:31:15 |
| 12 | Q.   Do you -- do you know who wrote this? | 12:31:15 |
| 13 | A.   Yes, Lynn Dudley wrote that. | 12:31:17 |
| 14 | Q.   All right.  If we scroll to the bottom of | 12:31:22 |
| 15 | page 1, it says "Treatment Plan."  Do you see that? | 12:31:26 |
| 16 | A.   Yes, I do. | 12:31:29 |
| 17 | Q.   Fair to say Ms. Dudley wrote this as well? | 12:31:30 |
| 18 | A.   Yes, she did. | 12:31:33 |
| 19 | Q.   And the line under "Treatment Plan" reads | 12:31:35 |
| 20 | "Patient will have to have conclusive lab results | 12:31:38 |
| 21 | which show that she has [an] active infection in | 12:31:40 |
| 22 | order to qualify for exemption to COVID vaccine, and | 12:31:42 |

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                    24

| | | |
|---|---|---|
| 1 | that would only be temporary."  Do you see that? | 12:31:50 |
| 2 | A.   Yes, I do. | 12:31:52 |
| 3 | Q.   Did Ms. Dudley run this treatment plan by | 12:31:54 |
| 4 | you before documenting it? | 12:31:58 |
| 5 | A.   Yes, she -- yes, she did.  But I mean, | 12:32:00 |
| 6 | it's a little nuanced, that she might have written | 12:32:03 |
| 7 | it and then asked me and I said it was okay.  But | 12:32:07 |
| 8 | yes, she ran it by me. | 12:32:10 |
| 9 | Q.   Okay.  So you agree with the -- with the | 12:32:12 |
| 10 | treatment plan? | 12:32:14 |
| 11 | A.   A hundred percent, yes. | 12:32:15 |
| 12 | Q.   Okay.  So we're going to break apart this | 12:32:19 |
| 13 | sentence here. | 12:32:23 |
| 14 | It says "Patient will need to have | 12:32:25 |
| 15 | conclusive lab results which...she has [an] active | 12:32:28 |
| 16 | infection in order to qualify for exemption to COVID | 12:32:34 |
| 17 | vaccine."  So what does that -- what does that mean? | 12:32:40 |
| 18 | A.   So an "active infection" would be defined | 12:32:48 |
| 19 | as having -- and what Lynn Dudley was accomplishing | 12:32:51 |
| 20 | and what we were accomplishing would be an | 12:32:59 |
| 21 | IgM-positive result for one of the tick-borne | 12:33:01 |
| 22 | diseases that were tested for on that day.  That's | 12:33:06 |

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                          26

1        Q.   And then the last -- the last part of that                    12:34:41

2    sentence says "and that would only be temporary."                      12:34:43

3    Do you see that?                                                        12:34:46

4        A.   Yes, I do.                                                     12:34:47

5        Q.   Okay.  So can you -- can you explain to me                     12:34:48

6    what that part of the sentence means?                                  12:34:50

7        A.   It means that if someone were to have an                      12:34:54

8    active infection with, I would say, any acute                          12:35:01

9    illness, whether it would be a virus or a bacterial                    12:35:06

10   illness, that it would seem reasonable to delay a                      12:35:11

11   vaccine until the infection is cleared.  So that                       12:35:14

12   sentence is referring to the fact that even if                        12:35:21

13   Ms. Tarquinio had a positive IgM Lyme or other                        12:35:23

14   tick-borne disease, that if this office were to have                  12:35:26

15   written in a vaccine exemption, there would be a                      12:35:32

16   time limit on that exemption until the active                         12:35:34

17   infection was resolved, which would usually be done                   12:35:39

18   by repeat blood testing.                                              12:35:42

19            (Reporter clarification.)                                     12:35:54

20       A.   Repeat -- repeat blood testing.                               12:35:55

21   BY MR. ROSS:                                                           12:35:56

22       Q.   So did you ever advise Ms. Tarquinio not                      12:35:56

| | | |
|---|---|---|
| 1 | to get vaccinated from COVID? | 12:36:04 |
| 2 | A.   No. | 12:36:06 |
| 3 | Q.   To your knowledge, did Ms. Dudley ever | 12:36:06 |
| 4 | advise Ms. Tarquinio not to get vaccinated from | 12:36:09 |
| 5 | COVID? | 12:36:11 |
| 6 | A.   Definitely not (low audio). | 12:36:15 |
| 7 | Q.   Sorry.  I didn't catch that. | 12:36:16 |
| 8 | A.   Definitely not. | 12:36:17 |
| 9 | Q.   Definitely not.  Okay. | 12:36:18 |
| 10 | Is there anyone in your office other than | 12:36:20 |
| 11 | yourself and Ms. Dudley who could have advised | 12:36:21 |
| 12 | Ms. Tarquinio not to get vaccinated from COVID? | 12:36:24 |
| 13 | A.   No. | 12:36:28 |
| 14 | MR. ROSS:  Okay.  Joe, can we put up | 12:36:30 |
| 15 | Exhibit 2, please? | 12:36:34 |
| 16 | A/V TECHNICIAN:  Yes.  Please stand by. | 12:36:38 |
| 17 | (Exhibit 2 was marked for identification.) | 12:36:38 |
| 18 | (A/V technician screen-sharing.) | 10:03:53 |
| 19 | A/V TECHNICIAN:  Now showing you Exhibit | 12:36:38 |
| 20 | No. 2. | 12:36:53 |
| 21 | BY MR. ROSS: | 12:36:55 |
| 22 | Q.   Okay.  We'll mark -- well, this has been | 12:36:56 |

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                          29

| | | |
|---|---|---|
| 1 | for acute infection with tick-borne disease -- for | 12:37:59 |
| 2 | tick-borne diseases. | 12:38:03 |
| 3 |     Q.   Okay.  And did this -- did the lab work | 12:38:05 |
| 4 | show that Ms. Tarquinio had any positive infections | 12:38:08 |
| 5 | for Lyme or tick-borne diseases? | 12:38:12 |
| 6 |     A.   No, she -- it did not. | 12:38:16 |
| 7 |     Q.   And did it show that she had tested | 12:38:18 |
| 8 | negative for Lyme or tick-borne diseases? | 12:38:20 |
| 9 |     A.   Yes. | 12:38:26 |
| 10 |     Q.   All right.  So let's go through this | 12:38:30 |
| 11 | quickly, recalling that that nobody but you on | 12:38:31 |
| 12 | this -- on this screen here is a doctor, so bear | 12:38:35 |
| 13 | with us. | 12:38:38 |
| 14 |         On page 1 at the bottom, it says "Lyme | 12:38:39 |
| 15 | Lyme Blot, Serum" -- sorry -- "Lyme Line Blot, | 12:38:42 |
| 16 | Serum."  Do you see that? | 12:38:48 |
| 17 |     A.   Yes, I do. | 12:38:54 |
| 18 |     Q.   And between this and the top of the next | 12:38:55 |
| 19 | page, there's approximately ten alphanumeric | 12:38:56 |
| 20 | designations.  Do you see those? | 12:39:05 |
| 21 |     A.   Yes, I do. | 12:39:08 |
| 22 |     Q.   And is it fair to say that they -- | 12:39:12 |

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                    31

1    IgM is acute infection.                            12:40:24

2        Q.   So is it fair to same that the IgM is a   12:40:26

3    current snapshot in time?                          12:40:29

4        A.   Yes.                                       12:40:32

5        Q.   And the IgG is looking backwards?          12:40:32

6        A.   Yes.                                       12:40:35

7        Q.   Okay.  And so after "Lyme IgG," it says    12:40:36

8    "Negative"; is that correct?                        12:40:39

9        A.   Yes, it does.                              12:40:41

10       Q.   Meaning, at least according to these       12:40:43

11   tests, there's no indication that she's ever had   12:40:45

12   Lyme's disease; is that correct?                    12:40:49

13       A.   That is correct.                           12:40:50

14       Q.   And then further down the page, under      12:40:51

15   "Lyme IgM Line Blot Interp," it says "Negative"     12:40:52

16   again; is that correct?                             12:40:59

17       A.   That is correct.                           12:41:03

18       Q.   And that means that at the time this test  12:41:04

19   was taken, there was no indication of active Lyme   12:41:06

20   disease in her blood; is that correct?             12:41:06

21       A.   That is correct.                           12:41:08

22       Q.   Do you know what date this blood work was  12:41:09

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                              34

| | | |
|---|---|---|
| 1 | function, which is basically one specific part of | 12:43:55 |
| 2 | the immune system and how it fights and how it | 12:44:00 |
| 3 | protects you. | 12:44:04 |
| 4 | Q.   So the sentence we just -- well, strike | 12:44:11 |
| 5 | that.  Let me back up. | 12:44:14 |
| 6 | The lab results that we just looked at | 12:44:16 |
| 7 | measure her CD57? | 12:44:18 |
| 8 | A.   Yes. | 12:44:21 |
| 9 | Q.   So Sally's email here says "My CD57 result | 12:44:23 |
| 10 | is still considered an indication of chronic Lyme | 12:44:28 |
| 11 | disease."  Do you agree with her that the CD57 score | 12:44:32 |
| 12 | she lists is an indication of chronic Lyme disease? | 12:44:35 |
| 13 | A.   That is a complicated question, because of | 12:44:42 |
| 14 | the history of this testing and how long it's been | 12:44:45 |
| 15 | around.  But I'll make the answer easy.  And the | 12:44:49 |
| 16 | answer is I do not feel -- I think that the answer | 12:44:53 |
| 17 | to that is no.  But like she wrote there, it is a | 12:44:56 |
| 18 | controversial comment to say that a low -- well, | 12:45:01 |
| 19 | what I'm saying is it's a controversial comment to | 12:45:06 |
| 20 | say that low CD57 means chronic Lyme.  But let me | 12:45:10 |
| 21 | rephrase and say it definitely does not mean | 12:45:15 |
| 22 | active -- it does not guarantee in any way, shape, | 12:45:24 |

Transcript of Mark Sivieri, M.D.
Conducted on November 9, 2023                                    35

| | | |
|---|---|---|
| 1 | or form an active infection. | 12:45:28 |
| 2 | Q.   So if a patient walked into your practice | 12:45:31 |
| 3 | and handed you a CD57 score, is there any score that | 12:45:33 |
| 4 | it could be that would allow you to look at that | 12:45:38 |
| 5 | score and say, "This person has Lyme disease"? | 12:45:41 |
| 6 | A.   If someone walked into my office and only | 12:45:47 |
| 7 | had a CD57 count and said, "I want you to help me," | 12:45:49 |
| 8 | I would check them for infections -- lyme disease | 12:45:52 |
| 9 | might be one of those infections -- but I would not | 12:46:01 |
| 10 | diagnose the patient on the spot with Lyme disease. | 12:46:04 |
| 11 | Or I would never diagnose a patient with an | 12:46:07 |
| 12 | infection on the spot with just a low CD57.  There | 12:46:10 |
| 13 | would be -- have to be collaborating evidence to | 12:46:13 |
| 14 | show that there was active infection to diagnose | 12:46:16 |
| 15 | that -- yes, to diagnose with an active infection. | 12:46:19 |
| 16 | Q.   Understood. | 12:46:23 |
| 17 | MR. ROSS:  Okay.  Let's put up Exhibit 4, | 12:46:26 |
| 18 | Joe. | 12:46:29 |
| 19 | Q.   And, Dr. Sivieri, I believe this is our | 12:46:33 |
| 20 | last one. | 12:46:36 |
| 21 | A/V TECHNICIAN:  Please stand by. | 12:46:39 |
| 22 | (Exhibit 4 was marked for identification.) | 12:46:52 |

| | | |
|---|---|---|
| 1 | of that deficit." | 12:49:35 |
| 2 | Q.   Do you stand by that answer as we sit here | 12:49:37 |
| 3 | today? | 12:49:40 |
| 4 | A.   Yes, I do. | 12:49:40 |
| 5 | MR. ROSS:  Joe, I think we can put the | 12:49:47 |
| 6 | exhibits down. | 12:49:48 |
| 7 | (A/V technician complies.) | 12:49:50 |
| 8 | Q.   Did you ever speak to anyone from | 12:49:51 |
| 9 | Ms. Tarquinio's employer regarding her request to be | 12:49:54 |
| 10 | excused from the vaccine requirement? | 12:49:56 |
| 11 | A.   No, I did not. | 12:49:58 |
| 12 | Q.   Were you ever asked to? | 12:50:01 |
| 13 | A.   No, I was not. | 12:50:06 |
| 14 | Q.   Are you allowed to speak with a patient's | 12:50:07 |
| 15 | employer without the patient's consent or | 12:50:12 |
| 16 | authorization? | 12:50:14 |
| 17 | A.   I actually don't know, but I would say no. | 12:50:18 |
| 18 | (Simultaneous speakers.) | 12:50:24 |
| 19 | MR. DUMOFF:  If I may, that's a legal | 12:50:24 |
| 20 | question, so I'm not sure about posing that to | 12:50:26 |
| 21 | Dr. Sivieri.  Maybe you can rephrase it. | 12:50:29 |
| 22 | | |

# Dr. Sivieri's Deposition

# Exhibit 1

CONFIDENTIAL

| Note(s) Patient: TARQUINIO, SALLY DOB: 20-Jul-1959 | | Turning Point Integrative Health Center |
| --- | --- | --- |

Patient Name: SALLY TARQUINIO
DOB: 20-Jul-1959
Address: 524 SALTWORKS CT
ANNAPOLIS, MD, 21401
Mobile: (410) 258-4022 (approved for messages)
Email: STARQUIN@COMCAST.NET (approved for messages)
Last Visit Date:
Provider In attendance: Lynn Dudley

## Chief Complaint

Initial consultation – Old patient

## History of Present Illness

Patient is a 62 year-old female who has a history of lyme disease in 2004 and then again in 2012.  Also has issues with mold, electrohypersensitivity, heavy metal issues. Did Klinghardt protocol and was also seeing Dr. Schwartz.

She submitted her old medical records to her employer in order to get an exemption from the COVID vaccine.  She works at Applied Physics Labs as an engineer.  They are requiring a letter from a doctor attesting to the fact that her medical issues are reason to exempt her from the vaccination. Her reasoning is that any immune system challenge (such as from a vaccine) will flare up her chronic lyme disease.

ROS:
energy good
sleep – usually good
GI – bloating after meals
cold hands and feet
mildly achy joints

PMHX:
chronic lyme

RX:
none

OTC:
see patient history paperwork

Diet:
mostly paleo

Habits:
coffee in the morning
exercise - once a week

## Treatment Plan



- Patient will need to have conclusive lab results which show that she has active infection in order to qualify for exemption to COVID vaccine, and that would only be temporary

1 of 2

| Note(s)<br>Patient: TARQUINIO, SALLY<br>DOB: 20-Jul-1959 | Turning Point Integrative Health Center |
|---|---|

- she will get labs done today and we will follow-up through phone call next week

Next Appointment

Date:
Time:

Follow-Up Appointment Request

n/a

Date and Time of Dictation: *15-Nov-2021, 10:32AM*

*Lynn M Dudley PAC*

Provider Signature

Lynn Dudley
10005 Old Columbia Rd, Suite P170, Columbia, MD, 21046
301-367-0358

Printed: 15-Nov-21 / 10:32 AM - Patient Confidential

# Dr. Sivieri's Deposition

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SALLY W. TARQUINIO

      Plaintiff

v.

JOHNS HOPKINS UNIVERSITY
APPLIED PHYSICS LAB

      Defendants

CIVIL ACTION NO: 1:23-cv-00727-RDB

---

**PLAINTIFF'S RULE 31 NOTICE OF DEPOSITION BY WRITTEN QUESTIONS**

Pursuant to Fed. R. Civ. P. 31(a)(1) Plaintiff, by her undersigned attorney, propounds the below questions, to be answered under oath, upon:

> Dr. Mark Sivieri
> Turning Point Integrative Health Center
> 185 Harry S Truman, Ste 108
> Annapolis, Maryland 21401
> 443-951-4300

QUESTION NO. 1:  Are you a licensed physician/doctor able to practice medicine in Maryland?

ANSWER:      *See Word document*



1

QUESTION NO. 2: Was Plaintiff Sally W. Tarquinio your patient in or around July and August 2012?

ANSWER:   *See WORD Document*

QUESTION NO. 3: Is the document identified as "Plaintiff 053" and dated 7/3/2012 a document that you authored and/or signed?

ANSWER:   *See WORD Document*

QUESTION NO. 4: Are the documents identified as "JHU00005" thru "JHU00014" and attached hereto the record/results of Ms. Tarquinio's lab work that you or your office ordered on or about June 30, 2012?

ANSWER:   *See WORD Document*

QUESTION NO. 5: Did the results of this lab work cause you to write the above correspondence (Plaintiff 053) indicating that Sally Tarquinio's "CD57 count was low…" and that this was an indicator that her "immune system has been challenged and is not functioning optimally towards chronic infections?"

ANSWER:   *See WORD Document*

QUESTION NO. 6: Can a challenged immune system as described above be a symptom or indicator – whether conclusive or not – of "immune dysregulation" or some type of immune disorder, whether permanent or temporary?

2

ANSWER:        See WORD DOCUMENT

QUESTION NO. 7: Did Sally Tarquinio visit you or your office in or around November, 2021?

ANSWER:        See WORD DOCUMENT

QUESTION NO. 8: Are the documents identified as Sivieri 0004 thru Sivieri 0022 a true and accurate record of her visit(s) and/or lab work ordered by you, your practice, or physician's assistant?

ANSWER:        See WORD DOCUMENT

QUESTION NO. 9: Did the results of the lab work ordered in November, 2021, reflect Tarquinio's CD57 count and, if yes, was it higher, lower, or the same as it was in July 2012?

ANSWER:        See WORD DOCUMENT

QUESTION NO. 10: Did these results from November, 2021, indicate that Sally Tarquinio's immune system was challenged in some way or to some degree on the date that her lab specimens (blood or other samples) were collected?

ANSWER:        See WORD DOCUMENT

**I SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE ANSWERS TO DEPOSITION QUESTION ARE TRUE AND ACCURATE TO THE BEST OF MY ABILITIES, RECOLLECTION, AND BELIEF.**

3

Signed: _____            ___8/30/23___

**Mark Sivieri, M.D.**                                          **Date**

10005 Old Columbia Road P170
Columbia, MD  21046



185 Harry S. Truman Pkwy #108
Annapolis, MD  21401

Mark Sivieri, M.D.
Lynn Dudley, PA-C.
Chiso Uko, PA-C.
Danielle Cheplowitz, NP.

8/30/2023

Here are the answers to the questions posed:

1. Yes
2. Yes
3. Yes
4. Yes
5. Yes
6. A low CD-57 could be part of a larger finding of immune dysregulation but, by itself, does not rise to the level of demonstrating this when used alone.
7. She visited my office but saw my physician assistant
8. Yes
9. It was higher (improved) which indicates that this one specific portion of her immune system had improved from the last time that it was checked by my office.
10. Some authors have suggested that CD-57 is an indicator of Lyme disease but that view is highly controversial. This is a marker whose clinical significance varies widely and can only be interpreted as part of a more comprehensive lab evaluation and clinical picture. To say that it suggests there is an immune deficit is technically accurate but does not provide enough information to allow a conclusion about the clinical significance of that deficit.

P: (410)312-5280                                                    F: (877)844-1423