# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| SALLY W. TARQUINIO | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:23-CV-00727-RDB |
| JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS LAB | ) | |
| Defendant. | ) | |

### DECLARATION OF DR. CLARENCE K. LAM

I, Clarence K. Lam, declare under penalty of perjury as follows.

1. I am over 18 years of age and otherwise competent to testify to the matters herein which are based on my personal knowledge.

2. I serve as the Medical Director for Occupational Health for Johns Hopkins Applied Physics University Applied Physics Lab ("APL").

3. I have served in this role since 2016.

4. I reviewed the CDC's guidance when Plaintiff made her accommodation request, and Lyme's disease was not listed as contraindicated to receiving the COVID-19 vaccine.

5. I reviewed the CDC guidance at the time of execution of this Declaration, and the CDC still does not list Lyme's disease as contraindicated for COVID-19 vaccination.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January _9_, 2024.

_____
Dr. Clarence K. Lam