**EMPLOYEE REQUEST FOR MEDICAL ACCOMMODATION**   *JHU/APL Sensitive-Restricted*

You may request one or more reasonable accommodations to enable you to perform the essential functions of your job by completing the form below and returning it to your group supervisor (or equivalent) and APL's Accommodation Coordinator at Accommodations-Coordinator@jhuapl.edu. In the event that the Laboratory needs to obtain from you and/or your physician(s) information regarding the condition(s) for which you are seeking reasonable accommodation, you will be asked to supply such information and/or asked to provide written authorization for the Laboratory's Medical Office to contact your physician(s).

Employee Name: Sally Tarquinio
Dept/Sect and Group: AMDS/A2B

Work Location: Laurel, MD
Extension: -82683

Group Supervisor: Amy Billups
Group Supervisor's Ext.: -87825

Classification/Job Title: Senior Professional II
Date of Request: 10/1/2021

### Please complete each of the questions below.

1. What accommodation(s) are you requesting? Exemption from Covid-19 vaccine (requirement) and Covid-19 testing.

2. Is the accommodation(s) you are requesting temporary or permanent? Permanent

If temporary, state the expected duration the accommodation is needed:

3. How will the accommodation(s) requested enable you to perform your job responsibilities?

To remain healthy, given the medical verification for exemption from Covid-19 vaccine requirement submitted. Immune dysregulation is an excessive immune activation from the years of chronic Lyme Disease, similar to autoimmune disease, where I overreact against my body's tissues due to the years trying to kill off the Lyme spirochetes. If I introduce another antigen, my body will go crazy due to immune chaos, and most likely a very bad outcome.

Date: 10/1/2021
Employee Signature: Sally W. Tarquinio

Provide a completed copy of this form to your group supervisor (or equivalent) and send the original to APL's Accommodations Coordinator at Accommodations-Coordinator@jhuapl.edu.



# JOHNS HOPKINS
APPLIED PHYSICS LABORATORY

## MEDICAL VERIFICATION FOR EXEMPTION FROM COVID-19 VACCINATION REQUIREMENT

PLEASE PRINT THE FOLLOWING INFORMATION:

Name: SALLY TARQUINIO           Date of Birth: Redacted

E-mail: sally.tarquinio@jhuapl.edu   Phone Number: Redacted

Department/Sector: AMDS          Group: AMDS/A2B

Dear Health Care Provider (MD, NP, DO, PA):

Johns Hopkins University Applied Physics Laboratory (APL) is requiring every staff member to submit proof of at least the first dose of a vaccine by October 15, 2021. All those who begin a two-dose vaccination sequence must also submit verification of the second shot by December 1, 2021. This policy will apply as a condition of employment to all staff, including but not limited to full-time, part-time, temporary-on-call, new hires, interns, and remote workers. The above-named person is requesting a reasonable accommodation from this vaccination requirement. A medical exception from COVID vaccination is allowed for certain recognized contraindications (see U.S. Centers for Disease Control's Interim Clinical Considerations for Use of COVID-19 Vaccines   (Currently Authorized in the U.S.).

Please complete the form below and return to: Accommodations-Coordinator@jhuapl.edu. Thank you.

The above-named person should not be immunized for COVID for the following reasons (please check all that apply):

☐ History of previous allergic reaction and documentation to indicate an immediate hypersensitivity reaction to the COVID vaccine or a component of the vaccine. **Please attach supporting DOCUMENTATION or MEDICAL RECORDS.**

☐ Treatment of COVID-19 symptoms with monoclonal antibodies or convalescent plasma within the last 90 days. **Please attach supporting DOCUMENTATION or MEDICAL RECORDS.**

☑ Other – Please provide this information in a separate narrative that describes the reason in detail (these requests will be reviewed on a case-by-case basis). — Chronic Lyme Disease + Lyme induced immune dysregulation.

Health Care Provider: MY SHUM    Health Care Provider Phone No.: 215-851-9202

I certify that Sally Tarquinio has the above contraindication and request their medical exception from COVID vaccination.

Health Care Provider Signature: [signature]    Date: 9/29/21
(Note: ink signature required – no digital or stamps)

Health Care Provider Medical License No.: 1631

11100 Johns Hopkins Road Laurel, MD 20723           Form Revised 09/17/2021

JHU00003

**REQUEST FOR PERSONAL MEDICAL RECORDS**
**(form updated June 22, 2020)**

Date: _____     DOB: _____

I, _____ request the release of my medical information to:

Dr. Clarence Lam
Johns Hopkins University/Applied Physics Laboratory
11100 Johns Hopkins Rd
Medical Services 17-N264
Laurel, MD 20723
Phone: 443-778-5592
Fax: 443-778-6662

Ms. Shawn S. McGruder, EEO Officer & ADA Coordinator
Johns Hopkins University/Applied Physics Laboratory
11100 Johns Hopkins Rd
Legal and Commercialization Branch, 7-151
Laurel, MD 20723
Phone: 240-592-3174

Ms. Elizabeth Bunda-Lee, Deputy ADA Coordinator
Johns Hopkins University/Applied Physics Laboratory
11100 Johns Hopkins Rd
Legal and Commercialization Branch, 7-142
Laurel, MD 20723
Phone: 240-288-6155

Please check:

    Exam
    Progress reports
    Chest x-ray
    Specialists reports
    Worker's Compensation reports
    Other: _____

Physician phone: _____     Fax: _____
Employee's name:  _____
Physician email: _____
Employee's signature: _____
Physician's name: _____

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees of their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

## Job Description

**Department:** Air and Missile Defense (AMDS)
**Group:** Sensor Systems Engineering (A2B)
**Section:** Radio Frequency Systems Engineering (A2B-5)
**Position:** Systems Engineer

### I. INTRODUCTION

Incumbent: Sally Tarquinio
Classification: Senior Professional Staff II
Reports to: Greg Leger-Section Supervisor, Amy Billups-Group Supervisor

### II. MAJOR DUTIES AND RESPONSIBILITIES

#### A. Essential Functions

The incumbent's main task is to support the Hypersonic Glide Phase Interceptor (GPI) program.

Oversees the GPI engineering study submittals to the Missile Defense Agency (MDA/ABR) that enable development of Missile, Weapon System, Requirements Analysis Team and Mission Planner functional & performance requirements for the GPI System Readiness Review.

The incumbent coordinates APL's contributions to the Architecture & Engagement Working Group and the APL Model-Based Systems Engineering (MBSE) reference models. The incumbent serves as the APL GPI Weapons systems lead.

#### B. Non-Essential Functions

The incumbent coordinates and participates in internal and external meetings to support the GPI program. Also compiles and submits documentation for the program.

### III. KNOWLEDGE/EDUCATION/CERTIFICATION REQUIREMENTS

The position requires a knowledge of systems engineering processes, including requirements developments and government acquisition milestones.

### IV. SCOPE AND EFFECT OF WORK

The successful discharge of these functions is essential to the Glide Phase Interceptor program.

The incumbent's personal work contacts include interaction with the APL team of approximately 5-10 staff members as well as external stakeholders monthly.

1

V. **RESPONSIBILITY FOR OTHER WORKERS**

In the role as subtask lead, the incumbent coordinates the efforts of several internal APL individual contributors.

VI. **SUPERVISION AND GUIDANCE RECEIVED**

The incumbent works under the general administrative and policy direction of the program manager, task lead, and the section supervisor.

VII. **WORK ENVIRONMENT**

A. **Physical Demands**

The tasking is mostly sedentary, consisting of computer work and meetings.

B. **Long-Term Work Arrangement**

<u>Flexible</u>:   Flexible, but mainly work on campus (including field offices): Staff who make regular and frequent use of the APL campus and facilities, and require or desire office space, but who may flexibly work from home depending on work and team needs (80–90% of staff).

Tasking requires frequent access to classified information either via computer or in classified meetings, and therefore requires on-site presence 4-5 days per week

C. **Travel**

The incumbent has occasional local travel to other government sites like NSWC-Dahlgren.

Group Supervisor:   Amy Billups
Date Approved:   10/06/2021

JHU00023